WALKER v. MONUMENTAL GENERAL INS. CO.

[328 N.C. 727 (1991)]

*Id.* at 744, 18 L. Ed. 2d at 498. Defense counsel requested that this Court conduct a full examination of the record for error, and she submitted to defendant a copy of her brief, copies of the transcript and record, and a letter notifying defendant of his right to submit a brief to this Court on his own behalf in accordance with *Anders.* Defendant did not file his own brief with this Court.

Upon our thorough review of the transcript, record, and briefs, this Court finds no error warranting reversal of defendant's conviction or modification of his sentence. For this reason, we find no error in defendant's trial or sentencing.

No error.

---

CAROLYN A. WALKER v. MONUMENTAL GENERAL INSURANCE COMPANY

No. 21A91

(Filed 2 May 1991)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, reported at 101 N.C. App. 244, 399 S.E.2d 420 (1990), affirming a judgment for plaintiff entered by *Allen (C. Walter)*, J., on 3 November 1989 in Superior Court, BUNCOMBE County. Calendared for argument in the Supreme Court 9 April 1991; decided on the briefs without oral arguments pursuant to N.C.R. App. P. 30(d).

*Roberts Stevens & Cogburn, P.A., by Steven D. Cogburn and W. O. Brazil, III, for plaintiff appellee.*

*Womble Carlyle Sandridge & Rice, by F. Lane Williamson, for defendant appellant.*

PER CURIAM.

Affirmed.